UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **VALENTINA AMARO BOWSER and BRANDON BOWSER,**<br>    Plaintiffs<br>v.<br><br>**KRISTI NOEM**, Secretary, U.S. Department of Homeland Security; **JOSEPH B. EDLOW**, Director U.S. Citizenship and Immigration Services; **JERRY SCOTT AMMONS**, Field Office Director, U.S. Citizenship and Immigration Services, Boston Field Office;  **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **U.S. CITIZENSHIP AND IMMIGRATION SERVICES,**<br>    Defendants. | C.A. No. 26-cv-10382-AK |

## PLANTIFFS' EMERGENCY MOTION FOR PRELIMINARY RELIEF

Now come the Plaintiffs, **Valentina Amaro Bowser and Brandon Bowser**, and hereby move this Honorable Court for immediate preliminary relief. The Plaintiffs request relief on an emergency basis. In support of this Motion, the Plaintiffs state that Valentina Amaro Bowser has worked in the United States with an H-1B visa since October, 2019. She has an application to extend her H-1B visa pending with the U.S. Citizenship and Immigration Services (USCIS), but even if that application is approved, her period of authorized stay in H-1B status will expire on February 14, 2026. Her employer will hold her job open, but only until February 28, 2026. (The Plaintiff's Affidavit is attached hereto as Exhibit A.

The Plaintiff filed for her residence in January, 2025 and has been interviewed by the Defendant USCIS, but the agency has refused to approve her case because of the unlawful hold on benefit adjudications for citizens of 39 countries, including Venezuela. On December 11, 2025, in an effort to allow her to continue working, the Plaintiff filed an application for

employment authorization on Form I-765 with the USCIS. To the extent she is not approved for residence or for her employment authorization by February 14, 2026, she cannot legally work and will lose her job with the Commonwealth of Massachusetts after February 28, 2026 if she is not legally authorized to work by that date. As of this date, the Defendant, U.S. Citizenship and Immigration Services (USCIS) has failed and/or refused to adjudicate the Plaintiff's pending applications.

While the issues raised in the Plaintiffs' Complaint are pending, Valentina Amaro Bowser must continue to work so the Plaintiffs' can pay their bills and meet all their financial obligations. The only viable solution in the short term to keep the Plaintiff employment eligible would be to order the Defendant, USCIS, to approve her pending Form I-765. Although her employer will hold her job open for a short period of time, if the Plaintiff does not have an employment authorization card, she will permanently lose her job after February 28th. To the extent the relief requested herein is not granted on an emergency basis, the Plaintiffs will suffer irreparable harm. The Plaintiffs submit the attached memorandum of law in support of this motion.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant this motion on an emergency basis and enter the following orders:

(a)   accepting jurisdiction over this matter;

(b)   requiring Defendants to adjudicate Valentina Amaro Bowser's application for employment authorization (Form I-765) immediately and further requiring the Defendant, USCIS, to issue the Plaintiff an EAD card within 5-10 days from the date of this Court's order.

**Respectfully submitted,**

**Valentina Amaro Bowser and Brandon Bowser**
**By their attorney,**


**/s/ Anthony Drago, Esq.**
**Anthony Drago, Esq. (BBO #552437)**
**Anthony Drago, Jr., P.C.**
**88 Broad Street – 5th Floor**
**Boston, MA 02110**
**(617) 357-0400**
**Anthony@adragopc.com**


## LOCAL RULE 7.1 CERTIFICATION

I, Anthony Drago, Esq. do hereby state that prior to filing this Motion, I communicated with counsel for the Defendants at the U.S. Attorneys' Office in an effort to resolve or narrow the issues presented in this motion.


    /s/ Anthony Drago, Esq.
    Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I, Anthony Drago, Esq. do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2026.

    /s/ Anthony Drago, Esq.
    Attorney for Plaintiffs