## AFFIDAVIT OF VALENTINA AMARO BOWSER

I, Valentina Amaro Bowser, on oath do hereby depose and say:

1. Along with my husband, Brandon Bowser, I am a Plaintiff in the case Bowser v. Noem, et al. Docket Number 26-cv-10382-AK. I submit this Affidavit in support of the Motion for Preliminary Relief which my attorney is filing.

2. My period of authorized H-1B visa status is about to expire on February 14, 2026. I am not eligible to extend the H-1B visa beyond that period and without employment authorization or lawful permanent residence cannot work beyond that date for my current employer which is the Commonwealth of Massachusetts.

3. I have met with my employer and have been informed that the Commonwealth will placed me on a 14 day unpaid leave of absence beginning February 14, 2026 if I do not obtain employment authorization. However, if I do not have an employment authorization card or lawful permanent residence by February 28, 2026 my employment will be terminated.

4. If I lose my job, my husband and I will suffer considerable financial and emotional damage including the following:

    We will lose our health insurance and my husband will then have to get health insurance from his company and will have to change his insurance which is happening during a time when health insurance is costly, and can cause us to change our doctors and dental providers;

    Interruption in family planning. We are planning to have children, but the loss of my income will drastically change those plans;

    Lifestyle change due to less income;

    Retirement and pension contributions being disrupted;

    We will need to use our savings to pay bills and survive which will disrupt our financial goals;

    Considerable stress from going from two incomes to one income; and

    Loss of employment in a job I love and where I have a long-term future.

    Signed this 6th day of February, 2026, under the pains and penalties of perjury.

/s/ Valentina Amaro Bowser_____
Valentina Amaro Bowser, Plaintiff