# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

VALENTINA AMARO BOWSER, ET AL.
_____
*Plaintiff*

v.

KRISTI NOEM, ET AL.
_____
*Defendant*

Civil Action No.: **1:26−CV−10382−AK**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jerry Scott Ammons, Director
U.S. CIS Boston Field Office
JFK Federal Building, Room E-160
15 Sudbury Street
Boston, MA 02203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony Drago, Jr., Esq.
Anthony Drago, Jr., P.C.
88 Broad Street 5th Floor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
_____
*CLERK OF COURT* .

**/s/ − Courtney Horvath**
_____
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2026−01−27 13:46:44, Clerk USDC DMA

Civil Action No.: **1:26–CV–10382–AK**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : By USPS Certified/Return Receipt mail at:  Jerry Scott Ammons, Director
U.S. CIS Boston Field Office
JFK Federal Building, Room E-160
15 Sudbury Street
Boston, MA 02203

My fees are $ ___*0*___ for travel and $ ___*0*___ for services, for a total of $___*0*___.

I declare under penalty of perjury that this information is true.

_____          _____
Date                                           *Server's Signature*
                                                 Teresa Garcia, Paralegal

                                                 _____
                                                 *Printed name and title*

                                                 88 Broad Street 5th Floor
                                                 Boston, MA 02110

                                                 _____
                                                 *Server's Address*

Additional information regarding attempted service, etc:

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | $5.30 |
|---|---|

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ ____
☐ Return Receipt (electronic)        $ ____
☐ Certified Mail Restricted Delivery $ ____
☐ Adult Signature Required           $ ____
☐ Adult Signature Restricted Delivery $ ____

Postmark
Here

Postage                              $ 2.44

Total Postage and Fees
$ ____

Sent To ____

Street and Apt. No., or PO Box ____

City, State, ZIP+4® ____

Jerry Scott Ammons, Director
U.S. CIS Boston Field Office
JFK Federal Building, Room E-160
15 Sudbury Street
Boston, MA 02203

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

## SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jerry Scott Ammons, Director
U.S. CIS Boston Field Office
JFK Federal Building, Room E-160
15 Sudbury Street
Boston, MA 02203



9590 9402 9527 5069 3089 23

2. Article Number *(Transfer from service label)*

7019 1120 0000 5394 9414

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  USCIS

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

2-5-26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FEB 05 2026

BOSTON MA 02

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ _____ Mail
- lail Restricted Delivery
  0)

- ☐ Priority Mail Express®
- ☑ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANS...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70191120000053949414

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:23 am on February 2, 2026 in BOSTON, MA 02203.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Left with Individual**

BOSTON, MA 02203
February 2, 2026, 10:23 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package