UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VALENTINA AMARO BOWSER, et al,

        Plaintiffs,

v.

Case No. 26-cv-10382-AK

MARKWAYNE MULLIN, *Secretary of the Department of Homeland Security*, et al,[1]

        Defendants.

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' complaint for lack of jurisdiction and for failure to state a claim, as further described in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court allow this motion and dismiss the complaint.

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney

Dated:  May 14, 2026        By:    */s/ Michael L. Fitzgerald*
            MICHAEL L. FITZGERALD
            Assistant United States Attorney
            U.S. Attorney's Office
            1 Courthouse Way, Ste. 9200
            Boston, MA 02210
            (617) 748-3266
            michael.fitzgerald2@usdoj.gov

---

[1] Secretary of Homeland Security Markwayne Mullin has been automatically substituted for former Secretary Kristi Noem.  Fed. R. Civ. P. 25(d).

## LOCAL RULE 7.1 CERTIFICATION

I certify that I have conferred with counsel for Plaintiffs, who oppose the requested relief.

>/s/ Michael L. Fitzgerald
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

>/s/ Michael L. Fitzgerald
MICHAEL L. FITZGERALD
Assistant U.S. Attorney