**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VALENTINA AMARO BOWSER and BRANDON BOWSER, Plaintiffs v. KRISTI NOEM, Secretary, U.S. Department of Homeland Security; JOSEPH B. EDLOW, Director U.S. Citizenship and Immigration Services; JERRY SCOTT AMMONS, Field Office Director, U.S. Citizenship and Immigration Services, Boston Field Office; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Defendants. | C.A. No. 26-cv-10382-AK |

**PLANTIFFS' CROSS MOTION FOR JUDGMENT ON THE PLEADINGS**

In addition to opposing the Defendants' Motion to Dismiss, the Plaintiffs, Valentina Amaro Bowser and Brandon Bowser, file this cross-motion for Judgment on the Pleadings pursuant to FRCP 12(c).[1] In support of this cross-motion, the Plaintiffs state that the Defendants unlawful policies to hold adjudication of benefits applications filed by citizens of 39 countries, including Venezuela, are arbitrary and capricious. Furthermore, the delay in adjudicating Valentina Amaro Bowser's Form I-485, application to adjust status, is unreasonable and subject to judicial review.

The Defendants' motion to dismiss must be denied because the Plaintiffs have properly stated a claim that the Defendants hold on benefits adjudications for applications filed by citizens of 39 countries is unlawful. In addition to denying the Defendants' motion, the court should

---

[1]   To the extent the court determines that the issues presented in the Defendants' motion to dismiss and in this cross motion should be decided by summary judgment, it can treat the motions accordingly under FRCP 12(d).

grant the Plaintiffs' cross motion for judgment on the pleadings. For the reasons stated in the attached memorandum, this Court should rule it has jurisdiction over the Plaintiffs' claims, deny the Defendants' motion to dismiss and grant this cross motion for judgment on the pleadings.[2]

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court deny the Defendants' Motion to Dismiss and grant this Cross-Motion for Judgment on the Pleading and enter the following orders:

(a)    accepting jurisdiction over the subject matter in this action;

(b)    requiring Defendants to adjudicate Valentina Amaro Bowser's Form I-485 immediately upon entry of judgment in favor of the Plaintiffs;

(c)    declaring Defendants' unreasonable delay and failure to adjudicate Valentina Amaro Bowser's Form I-485 to be in direct violation of the Administrative Procedures Act, the Mandamus Act, and the Immigration Nationality Act;

(d)    declare that Policy Alert PA-2025-26, Policy Memorandum PM-602-0192, and Policy Memorandum 602-0194 are arbitrary and capricious, exceed Defendants' statutory authority, or are otherwise contrary to law or procedure;

(e)    set aside Policy Alert PA-2025-26, Policy Memorandum PM-602-0192, and Policy Memorandum 602-0194 and compel Defendants to apply the adjudicatory process, standards of review, and burdens of proof, in effect prior to the enactment of these policies to Plaintiffs applications;

(f)    awarding the Plaintiffs all costs and reasonable attorney's fees associated with this matter; and

---

[2]    The Plaintiff's Memorandum is filed in Opposition to the Defendants' Motion to Dismiss and in support of this Cross-Motion for Judgment on the Pleadings.

(g)    granting such other relief at law and in equity as justice may require.


**Respectfully submitted,**

**Valentina Amaro Bowser and Brandon Bowser**
**By their attorney,**


**/s/ Anthony Drago, Esq._____**
**Anthony Drago, Esq. (BBO #552437)**
**Anthony Drago, Jr., P.C.**
**88 Broad Street – 5th Floor**
**Boston, MA 02110**
**(617) 357-0400**
**Anthony@adragopc.com**


## LOCAL RULE 7.1 CERTIFICATION

I, Anthony Drago, Esq., hereby certify that prior to filing this Motion, I conferred with counsel for Defendants.

/s/ Anthony Drago, Esq._____
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I, Anthony Drago, Esq. do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 15, 2026.

/s/ Anthony Drago, Esq._____
Attorney for Plaintiffs