**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **VALENTINA AMARO BOWSER and** ) | |
| **BRANDON BOWSER,** ) | |
|     **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No. 26-cv-10382-AK** |
| **KRISTI NOEM, Secretary, U.S. Department of Homeland** ) | |
| **Security; JOSEPH B. EDLOW, Director U.S. Citizenship and** ) | |
| **Immigration Services; JERRY SCOTT AMMONS, Field** ) | |
| **Office Director, U.S. Citizenship and Immigration Services,** ) | |
| **Boston Field Office; U.S. DEPARTMENT OF HOMELAND** ) | |
| **SECURITY; and U.S. CITIZENSHIP AND IMMIGRATION** ) | |
| **SERVICES,** ) | |
|     **Defendants.** ) | |
| ) | |

## NOTICE OF DISMISSAL

The Plaintiffs, Valentina Amaro Bowser and Brandon Bowser, state that the Defendants approved Valentina Amaro Bowser's application to adjust status, issued her a lawful permanent resident card, and she is now a lawful permanent resident of the United States. Therefore, pursuant to the provisions of F.R.C.P. 41(a)(1)(A)(i), the Plaintiffs hereby dismiss this action.

**Respectfully submitted,**

**Valentina Amaro Bowser and Brandon Bowser**
**By their attorney,**

**/s/ Anthony Drago, Esq.**
**Anthony Drago, Esq. (BBO #552437)**
**Anthony Drago, Jr., P.C.**
**88 Broad Street – 5th Floor**
**Boston, MA 02110**
**(617) 357-0400**
**Anthony@adragopc.com**

## **CERTIFICATE OF SERVICE**

I, Anthony Drago, Esq. do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 9, 2026.

 /s/ Anthony Drago, Esq._____
Attorney for Plaintiffs